UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Sanjay Sookul, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>– vs. –<br><br>Takeya USA Corporation,<br><br>Defendant. | DOCKET NO. 23-cv-7234 (PAE) (KHP)<br><br>**NOTICE OF APPEARANCE** |

NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant Takeya USA Corporation.

Dated: September 4, 2023

_[signature]_
_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant