

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

November 7, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/08/2023

**MEMO ENDORSED**

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

Re:  **Sookul v. Takeya USA Corporation**
*Case No. 23-cv-7234 (PAE) (KHP)*

Dear Magistrate Judge Parker:

We represent defendant Takeya USA Corporation in the above-referenced matter, and write with the consent of counsel for the plaintiff to request an adjournment of the initial pretrial conference scheduled for this Thursday, November 9, at 11:00 a.m.

The reason for our request is that we have multiple conflicting conferences that day.  I am scheduled to be a settlement conference in Central Islip that morning, and in addition we have a telephonic initial conference before Judge Subramanian that morning, which my partner will be handling.

We respectfully request that the conference in this matter be converted to a telephonic one and scheduled for any time after 11:30 a.m. on Thursday, or any time on Friday, November 10.  If Your Honor wants to retain this as an in-person conference, we respectfully request that it be set at the Court's earliest convenience.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Very truly yours,

*David Stein*
David Stein

**APPLICATION GRANTED:** The Inital Case Management Conference in this matter scheduled for Thursday, November 9, 2023, at 11:00 a.m. is hereby converted to a telephonic conference and rescheduled to Thursday, November 9, 2023 at 12:30 p.m. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduledtime. Please dial (866)434-5269; access code 4858267.

APPLICATION GRANTED

*Katharine H. Parker*

11/08/2023   Hon. Katharine H. Parker, U.S.M.J.