USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SANJAY SOOKUL, on behalf of himself and all others similarly situated,

                              Plaintiff,                                           23-CV-7234 (PAE) (KHP)

                -against-                                                **ORDER**

TAKEYA USA CORPORATION,

                              Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On November 9, 2023, the Court issued a scheduling order setting the deadline to complete all discovery as March 7, 2024; requesting a joint status update by January 5, 2024, and setting the deadline for any motion for class certification as January 16, 2024. The parties have not filed a joint status update and Plaintiff did not file a motion for class certification. Accordingly, the parties shall file a joint status letter advising the Court of the status of this case by **Friday, February 16, 2024.**

Plaintiff is advised that failure to file a status letter by the deadline may result in sanctions, up to and including dismissal for failure to prosecute.

        SO ORDERED.

DATED:     New York, New York
              February 12, 2024

                                                                        _____
                                                                        KATHARINE H. PARKER
                                                                        United States Magistrate Judge