```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANJAY SOOKUL, on behalf of himself and all
others similarly situated,

                    Plaintiff,                    23-CV-7234 (PAE) (KHP)

       -against-                          **ORDER**

TAKEYA USA CORPORATION,

                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 21, 2024, the Court issued a scheduling order and mediation referral, which requested the parties file a joint status update by March 14, 2024. The parties failed to file a status letter, and the court-ordered mediation that was scheduled to occur on May 14, 2024 was not held as one or both parties failed, refused to attend, or refused to participate in the mediation. Discovery deadlines have passed in this case. Accordingly, by **Friday, May 24, 2024**, the parties shall file a letter stating whether they anticipate filing dispositive motions and/or whether they are ready to proceed to trial. The parties are reminded that failure to file a status letter by the deadline may result in sanctions, up to and including dismissal for failure to prosecute.

    SO ORDERED.

DATED:    New York, New York
               May 20, 2024

                                                     *Katharine H. Parker*
                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge